Filing # 124263865 E-Filed 04/02/2021 05:01:37 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

DORA WILLIAMSON DENICOLA,

    Plaintiff,

v.                              CASE NO.:

WAL-MART STORES EAST, LP D/B/A
WALMART SUPERCENTER, STORE #2842,

    Defendant.
_____/

## COMPLAINT

Plaintiff, DORA WILLIAMSON DENICOLA,, sues Defendant, WAL-MART STORES, INC., and hereafter allege:

1. This is an action for damages that exceeds THIRTY THOUSAND DOLLARS AND 00/100 ($30,000.00).

2. Plaintiff, DORA WILLIAMSON DENICOLA, is over the age of eighteen years and a resident of Osceola County, Florida.

3. Defendant, WAL-MART STORES EAST, LP, is a for-profit corporation formed under the laws of the state of Florida, and at all times herein was doing business as WALMART SUPERCENTER, STORE #2842.

4. On or about 7/17/2019, Defendant, WAL-MART STORES EAST, LP, owned, operated, managed and/or maintained a certain premise, commonly known as WALMART SUPERCENTER, STORE #2842, located at 17961 US-441, Summerfield, FL 34491.

# EXHIBIT "A"

5. At the aforesaid time and place, Plaintiff, DORA WILLIAMSON DENICOLA,, a business invitee, was lawfully on the premise commonly known as WALMART SUPERCENTER, STORE #2842, located at or about 17961 US-441, Summerfield, FL 34491.

6. At the aforesaid time and place, Defendant created a dangerous condition on the floor and failed to warn of the dangers such that the Plaintiff slipped and fell which resulted in significant injuries.

7. Plaintiff reasserts and re-alleges all paragraphs set forth above as if fully set forth herein.

8. At the aforesaid time and place, Defendant, WAL-MART STORES EAST, LP, had a duty to maintain the aforementioned premises in a reasonably safe condition for persons lawfully on said premised, including Plaintiff, and to warn of any dangerous conditions.

9. At the aforesaid time and place, Defendant, WAL-MART STORES EAST, LP, failed to maintain the aforementioned property in a reasonably safe condition. Defendant allowed a dangerous condition to exist, specifically allowing liquid detergent to be spilled on the floor, failing to clean it up, and failing to warn of its danger.

10. As a direct and proximate result of Defendant's, WAL-MART STORES EAST, LP negligence, Plaintiff, Dora Williamson DeNicola, slipped and fell and suffered bodily injury, disability, disfigurement, mental anguish and pain, loss of earnings, loss of ability to earn money and aggravation of a previously existing conditions, and has incurred substantial medical expenses for treatment and care, past, present suffered pain there from, incurred medical expenses for treatment and care, past, present and future, her

working ability was impaired, the injuries are either permanent or continuing in nature, and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, WAL-MART STORES EAST, LP for all allowable damages, interest, costs and any such other relief the court deems necessary and proper.

DATED this 2nd day of April, 2021.

/s/ Victoria M. Manglardi
Victoria M. Manglardi
Florida Bar No.: 93604
Martinez Manglardi, P.A.
3131 SW College Rd
Ocala, FL 34474
Telephone: (352)653-6001
Facsimile: (352)304-6490
victoria@martinezmanglardi.com
espada@martinezmanglardi.com
Attorney for Plaintiff